**Scura, Wigfield, Heyer & Stevens, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

William & Diamira Torrens
115 Donaldson Avenue
Rutherford, NJ 07070

April 05, 2016

In Reference To: Chapter 13 hourly
Case # C13-00398
Invoice # 39166

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2015 | DG | Paralegal- review time slips make changes; review of NDC and order confirming to see if calculation to increase payment is necessary; prepared attorney certification for fee application; proposed order; certification of service; letter to client; e-file all documents; e-file all documents; copy and service interested parties. | 1.20 125.00/hr | NO CHARGE |
| 10/5/2015 | DG | Paralegal- received trustee motion to dismiss; download and save to file; received e-mail from CB and discuss. | 0.20 125.00/hr | NO CHARGE |
|  | CB | Reviewed Trustee's COD and NDC website | 0.20 325.00/hr | 65.00 |
| 10/8/2015 | DG | Paralegal- received trustee motion to dismiss; diary same. | 0.10 125.00/hr | NO CHARGE |
|  | DG | Paralegal- review of trustee's motion to dismiss; review of NDC and calculate how many months behind; prepared lengthy e-mail to client seeking proof of payment or how to resolve. | 0.70 125.00/hr | 87.50 |
| 10/26/2015 | DG | Paralegal- received proof of payment to trustee's motion to dismiss; calculate how much in arrears left; calculate number of months left in plan; prepared opposition; prepared lengthy e-mail to client with breakdown of payments and to sign opposition. | 0.70 125.00/hr | 87.50 |
| 10/27/2015 | DG | Paralegal- received response and signed opposition from client in reference to trustee's dismissal; make changes to opposition and calculate new payment if trustee does not agree to the terms; prepared and sent e-mail response indicating what the new payment would be if trustee did not consent to our terms. | 0.40 125.00/hr | NO CHARGE |

William & Diamira Torrens                                                                                                   Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2015 | DG | Paralegal- review of trustee's cert of default; back and forth e-mails with client in reference to when arrears can be cured; prepared lengthy e-mail to client; discuss with JJSIII. | 0.60 125.00/hr | NO CHARGE |
| 11/3/2015 | CB | Plan and prepare for Trustee's MTD scheduled for tomorrow. Reviewed PACER, NDC website, and pleadings.  Discussed clients' desires for resolution vs. reality with DG | 0.40 325.00/hr | 130.00 |
| 11/4/2015 | CB | Drive to & from Newark for Trustee's MTD hearing (time split with other clients) | 0.40 125.00/hr | 50.00 |
|  | CB | Court Appearance at Trustee's MTD hearing | 0.40 325.00/hr | 130.00 |
| 11/16/2015 | DG | Paralegal- continue working on trustee motion to dismiss; back and forth e-mails with client in reference to payments going forward if not caught up with arrears; re-calculate different scenerio's. | 0.80 125.00/hr | NO CHARGE |
| 12/15/2015 | DG | Paralegal- received Notice of Mortgage Payment Change. Re: Claim #: 20; download and save to file. | 0.10 125.00/hr | NO CHARGE |

|  |  | |
|---|---|---|
| For professional services rendered | 6.20 | $550.00 |
| Previous balance |  | $212.50 |
| 9/18/2015  Payment - Thank You |  | ($212.50) |
| Total payments and adjustments |  | ($212.50) |
| Balance due |  | $550.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| CB - Christopher Balala, Esq. | 1.00 | 325.00 |
| CB - Christopher Balala, Esq. | 0.40 | 125.00 |
| DG - Dianne Giardina - Paralegal | 1.40 | 125.00 |
| DG - Dianne Giardina - Paralegal | 3.40 | 0.00 |